UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., )<br>)<br>Plaintiff/Judgment Creditor, )<br>)<br>v. )<br>)<br>JOSEPH MUNER D/B/A TOPSHAM AGWAY, )<br>)<br>Defendant/Judgment Debtor. ) | Civil Case No. _____<br><br>**04-40007** |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Plaintiff, Southern States Cooperative, Inc., by and through its undersigned counsel, and, pursuant to Fed.R.Civ.P. 7.1(a) and Local Rule 7.3(A), states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: July 21, 2004

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment Creditor
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

PORT: 541807.1