UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., | ) |
| Plaintiff/Judgment Creditor, | ) |
| v. | ) CIVIL NO. |
| JOSEPH MUNER d/b/a TOPSHAM AGWAY, | ) 04-40007 |
| Debtor/Judgment Debtor. | ) |

### ENTRY OF APPEARANCE

NOW COMES Roy T. Pierce, Esq., and enters his appearance on behalf of Judgment Creditor, Southern States Cooperative, Inc.

DATED: July 21, 2004

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

PORT: 538891.1