UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHERN STATES COOPERATIVE, INC., )
)
Plaintiff/Judgment Creditor, )
v. ) CIVIL NO.
)
JOSEPH MUNER d/b/a TOPSHAM AGWAY, )
) 04-40007
Debtor/Judgment Debtor. )

## SOUTHERN STATES COOPERATIVE INC.'S MOTION FOR DISCLOSURE HEARING

NOW COMES the Judgment Creditor, Southern States Cooperative, Inc., ("Southern States") and hereby requests that this Court hold a disclosure hearing in the above-referenced matter. In support of its motion, Southern States states as follows.

1. On July 24, 2003, a Default Judgment was entered in favor of Southern States against Mr. Muner/Topsham Agway in the amount of $74,125.90, plus interest and costs in the United States District Court, District of Maine.

2. On January 28, 2004, Mr. Muner/Topsham Agway voluntarily dismissed his appeal of the judgment. Accordingly, the judgment has become final.

3. To date, despite demand, Mr. Muner/Topsham Agway has not satisfied the judgment in full.

4. Upon information and belief, Mr. Muner resides in this District and/or has assets located in this District.

WHEREFORE, the Plaintiff respectfully requests that this Court hold a disclosure

PORT: 538870.1

hearing for the purpose of determining the Defendant's ability to pay and satisfy said judgment.

DATED: July 21, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

PORT: 538870.1