UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., | ) |
| Plaintiff/Judgment Creditor, | ) |
| v. | ) CIVIL NO. |
| JOSEPH MUNER d/b/a TOPSHAM AGWAY, | ) 04-40007 |
| Defendant/Judgment Debtor. | ) |

### ORDER ON SOUTHERN STATES COOPERATIVE, INC.'S MOTION FOR DISCLOSURE HEARING

Upon the Judgment Creditor, Southern States Cooperative, Inc.'s motion for a Disclosure Hearing, the Motion is hereby granted and a Disclosure Hearing date/time shall be set by the clerk by notice.

DATE: _____      _____
Judge, United States District Court
District of Massachussets

PORT: 538923.1