UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHERN STATES COOPERATIVE, INC., )
)
    Plaintiff/Judgment Creditor, )
v. ) CIVIL NO.
)
JOSEPH MUNER d/b/a TOPSHAM AGWAY, )
) **04-40007**
    Defendant/Judgment Debtor. )

## SOUTHERN STATES COOPERATIVE, INC.'S MOTION TO CONSOLIDATE RELATED ACTIONS

NOW COMES the Judgment Creditor, Southern States Cooperative, Inc. ("Southern States"), and, pursuant to Fed.R.Civ.P. 42(a), hereby moves this Court to consolidate two related pending actions. In support of its motion, Southern States states as follows.

1.    Southern States has commenced this action for the purpose of registering a foreign judgment and enforcing the same in this District.

2.    Upon information and belief, the Mr. Muner, the Judgment Debtor, resides in this District and/or has assets located in this District.

3.    Southern States has requested by motion that this Court hold a disclosure hearing in the above-referenced matter.

4.    Southern States has also commenced in this District a related matter against a related entity owned by Mr. Muner, Brewer Agway Realty Trust d/b/a Brewer Agway. See Southern States Cooperative, Inc. v. Brewer Agway Realty Trust, CV (D.Mass. 2004).

PORT: 538945.1

5.  Southern States has similarly commenced said action for the purpose of registering a foreign judgment and enforcing the same against Mr. Muner and/or Brewer Agway and its affiliated entities.

6.  Both actions involve the same principal owner, Mr. Muner, and both involve entities owned and operated by Mr. Muner.

7.  In light of the foregoing, consolidation of this action with the Brewer Agway action described in Paragraph 4 would further serve judicial economy.

WHEREFORE, the Judgment Creditor, Southern States, respectfully requests that this Court consolidate the instant action with such action.

DATED: July 21, 2004

Respectfully submitted,

*[signature]*

Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

PORT: 538945.1