UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., | ) |
| Plaintiff/Judgment Creditor, | ) ) |
| v. | )  CIVIL NO. |
| JOSEPH MUNER d/b/a TOPSHAM AGWAY, | ) ) ) **04-40007** |
| Defendant/Judgment Debtor. | ) |

### ORDER ON SOUTHERN STATES COOPERATIVE, INC.'S MOTION TO CONSOLIDATE RELATED ACTIONS

Upon the Judgment Creditor, Southern States Cooperative, Inc.'s motion to consolidate related actions, the Motion is hereby granted and the following actions shall be consolidated in this action:

1. Southern States Cooperative, Inc. v. Joseph Muner d/b/a Topsham Agway (D.Mass. 2004); and

2. Southern States Cooperative, Inc. v. Brewer Agway Realty Trust d/b/a Brewer Agway (D.Mass. 2004).

DATE:

_____
Judge, United States District Court,
District of Massachusetts

PORT: 539133.1