UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., )<br>)<br>Plaintiff/Judgment Creditor, )<br>v. )<br>)<br>JOSEPH MUNER d/b/a TOPSHAM AGWAY, )<br>)<br>Defendant/Judgment Debtor. ) | Case No. 04-MC-40007-FDS |

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2004, true copies of the following documents were served upon Defendant Joseph Muner and his counsel, Gilbert L. Merrill, Esq., by U.S. Mail, postage prepaid

1. Certification of Judgment for Registration in Another District;
2. An attested copy of the Foreign Judgment;
3. A Civil Cover Sheet;
4. An Entry of Appearance;
5. Plaintiff's Corporate Disclosure Statement;
6. Plaintiff's Motion for a Disclosure Hearing;
7. A proposed Order regarding the Motion for Disclosure Hearing;
8. Plaintiff's Motion to Consolidate Related Actions; and
9. A proposed Order regarding the Motion to Consolidate Related Actions.

Dated: July 27, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff
Southern States Cooperative, Inc.

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000

PORT: 941239.1