**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| ) | Case No. 04-MC-40007-FDS |
| v. ) | |
| ) | |
| JOSEPH MUNER d/b/a TOPSHAM AGWAY, ) | |
| ) | |
| Defendant/Judgment Debtor. ) | |

### JUDGMENT CREDITOR'S APPLICATION FOR SUPPLEMENTARY PROCESS

NOW COMES the Plaintiff/Judgment Creditor, Southern States Cooperative, Inc., ("Southern States") by and through its undersigned counsel, and, pursuant to M.G.L. ch. 224, §§14-16, applies for supplementary process in the above-captioned matter. In support of its motion, Southern States states as follows.

1.  On July 24, 2003, a Default Judgment was entered in favor of Southern States against Mr. Muner in the amount of $74,125.90, plus interest and costs in the United States District Court for the District of Maine (the "Muner Judgment").

2.  Mr. Muner appealed the judgment to the First Circuit, but subsequently on January 18, 2004, Mr. Muner voluntarily dismissed his appeal of the judgment. Accordingly, the Muner Judgment has become final.

3.  To date, despite demand, Mr. Muner has not satisfied the Muner Judgment in full.

4.  Mr. Muner resides in this District and/or has assets located in this District.

5.  Southern States registered the Muner Judgment in this District on July 22, 2004.

538875.1

WHEREFORE, the Plaintiff respectfully requests that the Court approve application for supplementary process and summon the Judgment Debtors for examination under oath as to the ability to pay the Judgment.

DATED: September 20, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment Creditor
Southern States Cooperative, Inc.

PRETI, FLAHERTY, BELIVEAU, PACHIOS
 & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000

2

538875.1