UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., <br>       Judgment Creditor, <br><br> v. <br><br> JOSEPH MUNER d/b/a/ TOPSHAM AGWAY, <br>       Judgment Debtor. | ) <br> ) <br> ) <br> ) <br> )  No. 04-mc-40007 <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS IN SUPPLEMENTARY PROCESS AFTER JUDGMENT**

To Joseph Muner d/b/a/ Topsham Agway:

You are commanded to appear in the United States District Court for the District of Massachusetts, Central Division, Worcester, Massachusetts, on  Tuesday, November 30, 2004, at  3:00PM, and submit to an examination relative to your property and ability to pay a judgment rendered in favor of Southern States Cooperative, Inc., against you, for the sum of $74,125.90, debt or damage, and _____, costs of suit.

SEAL                                                        WILLIAM RUANE, ACTING CLERK

                                                       By:    /s/ Martin Castles
                                                                         Deputy Clerk
                                                                         U.S. District Court
                                                                         Donohue Federal Building
                                                                         595 Main Street
                                                                         Worcester, MA 01608
                                                                         (508) 929-9904

Dated: November  15 , 2004