UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., <br>       Judgment Creditor, <br><br> v. <br><br> JOSEPH MUNER d/b/a/ TOPSHAM AGWAY, <br>       Judgment Debtor. | No. 04-mc-40007 |

## SUMMONS IN SUPPLEMENTARY PROCESS AFTER JUDGMENT

To Joseph Muner d/b/a/ Topsham Agway:

You are commanded to appear in the United States District Court for the District of Massachusetts, Central Division, Worcester, Massachusetts, on Tuesday, November 30, 2004, at 3:00PM, and submit to an examination relative to your property and ability to pay a judgment rendered in favor of Southern States Cooperative, Inc., against you, for the sum of $74,125.90, debt or damage, and _____, costs of suit.

SEAL

WILLIAM RUANE, ACTING CLERK

By: _____
Deputy Clerk
U.S. District Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608
(508) 929-9904

Dated: November 15, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  November 22nd, 2004 |
| NAME OF SERVER (PRINT)  Daniel B. Gately | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   **6 Cedar Hill Road, Grafton, Massachusetts**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/22/04
              Date

Signature of Server

Daniel B. Gately, Constable and
Disinterested Person
47 Harvard Street, Worcester, MA 01609

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.